## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

The Painters and Allied Trades District Council
No. 82 Health Care Fund, the International
Painters and Allied Trades Industry Pension
Fund, the Minnesota Finishing Trades Training
Fund, the Rochester Joint Apprentice &
Training Committee, the Painters and Allied
Trades District Council 82 STAR Fund, and the
National Painting, Decorating, and Drywall
Apprenticeship Committee, and their Trustees
and successors,

        Plaintiffs,  Civ. No. 10-2080 (RHK/JJK)
               **ORDER**

v.

Marshall Painting, Inc.,
        Defendant.

---

  Plaintiffs having filed a Motion for Entry of Money Judgment (Doc. No. 16) in this matter, seeking the entry of judgment in the amount of $21,232.41 for fringe benefit contributions, liquidated damages, and attorney fees and costs, **IT IS ORDERED** that Defendant shall file a response to Plaintiffs' Motion on or before October 21, 2010. Defendant's response, if any, shall address only the amount of damages Plaintiffs seek, as liability has previously been established (see Doc. No. 14).

Dated: October 14, 2010

                  s/Richard H. Kyle
                  RICHARD H. KYLE
                  United States District Judge